# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Natasha Nicole Robinson            Docket No. 7:11-MJ-1264-1

### Petition for Action on Probation

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Natasha Nicole Robinson, who, upon an earlier plea of guilty to Driving While Impaired, Level V, in violation of 18 U.S.C.§13, NCGS 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 8, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina, except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

5. The defendant shall pay a special assessment of $10 and a fine of $100.

The probationer's supervision was transferred to the Southern District of Georgia, where she has remained under supervision throughout the term of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probationer has complied with all her conditions of supervision except the 24 hours of community service. She has satisfied her financial obligation in full and completed her substance

Natasha Nicole Robinson
Docket No. 7:11-MJ-1264-1
Petition For Action
Page 2

abuse assessment as ordered by the court. She completed 14 hours of the 24 hours of community service ordered by the court last year. In 2012, the probationer experienced a miscarriage. Recently she discovered she was pregnant again, but has been labeled as a high risk pregnancy because of medical complications. She currently has to take injections everyday to stabilize the pregnancy. The probationer presented a letter from her doctor requesting that she be excused from performing the community service or that it be delayed until after her pregnancy, as they are concerned she could lose the baby.

The probationer's supervision is due to expire on February 7, 2013. In view of her high risk pregnancy, the supervising probation officer is requesting the court remit the balance (10 hours) of the community service obligation.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The balance of the community service obligation is remitted.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: January 29, 2013

### ORDER OF COURT

Considered and ordered this _30_ day of _January_, 2013, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge